UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD JOHNSON,<br><br>        Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., *et al.*,<br><br>        Defendants. | Case No. 2:11-cv-00681-RCJ-GWF<br><br>**ORDER**<br><br>Emergency Motion to Extend<br>Discovery Deadlines (#18) |

      This matter comes before the Court on Impex's Emergency Motion to Extend Discovery Deadlines Pursuant to Local Rule 26-4 and 6-1, Compel Authorizations from Plaintiff, Compel Written Discovery Responses from Defendant/Cross-Claimant Wal-Mart, and for Sanctions Against Defendant/Cross-Claimant Wal-Mart (#18), filed on October 6, 2011. On October 11, 2011, the Court entered a Minute Order (#19), setting the motion for hearing on October 20, 2011, and shortening the parties' response time.

      On October 14, 2011, the Impex filed a Notice of Withdrawal of Portions of Defendant's Motion (#20), notifying the Court that it intends to withdraw portions of the motion which seek to compel discovery from and sanctions against Wal-Mart. On that same day, Wal-Mart filed their Statement of Non-Opposition Only to Those Portions of Defendant's Motion Seeking Extensions of Discovery Deadlines, Extension of Discovery Period, and/or Discovery Relief Against Plaintiff Edward Johnson (#21). In light of these filings, the Court vacated the scheduled hearing (#22). On October 18, 2011, Impex filed an additional Notice of Withdrawal of Portions of Motion (#24), informing the Court that the parties reached an agreement as to the requested Authorizations and therefore intends to withdraw the portion of its motion which seeks to compel Authorizations

. . .

from Plaintiff.  On October 18, 2011, Plaintiff Edward Johnson filed his Non-Opposition to Impex's Emergency Motion to Extend Discovery Deadlines Pursuant to Local Rule 26-4 (#23).

As a result, the only issue before the Court is Impex's request to extend the discovery deadlines in this case.  Neither Wal-Mart nor Plaintiff oppose this extension of time.  Therefore, the Court will grant Impex's request.  Accordingly,

**IT IS HEREBY ORDERED** that Impex's Emergency Motion to Extend Discovery Deadlines Pursuant to Local Rule 26-4 and 6-1 (#18) is **granted.**  The discovery deadlines in this case shall be as follows:

| | |
|---|---|
| Discovery Cut-off | **April 29, 2012** |
| Motions to Amend Pleadings | **January 28, 2012** |
| Interim Status Reports | **February 27, 2012** |
| Disclosure of Expert Witnesses | **February 27, 2012** |
| Disclosure of Rebuttal Witnesses | **March 25, 2012** |
| Dispositive Motions | **May 27, 2012** |
| Joint Pre-trial Order | **June 26, 2012** |

DATED this 19th day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge