ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
BRENDA H. ENTZMINGER, ESQ.
Nevada Bar No. 9800
A. J. SHARP, ESQ.
Nevada Bar No. 11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Impex, Inc*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD JOHNSON, individually,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>IMPEX, INC., a foreign corporation; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | Case No.: 2:11-cv-00681-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this <u>27th</u> day of June, 2013.                    DATED this <u>27th</u> day of June, 2013.

**HENNESS & HAIGHT, TRIAL ATTORNEYS**                **PHILLIPS, SPALLAS & ANGSTADT**

/s/ David J. Martin                                   /s/ A. J. Sharp

David J. Martin, Esq.                                 A. J. Sharp, Esq.
8972 Spanish Ridge Avenue                             504 South Ninth Street
Las Vegas, Nevada 89148                               Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                             *Attorneys for Defendant*
*Edward Johnson*                                      *Impex, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 28th day of June, 2013.

_____
**UNITED STATES DISTRICT JUDGE**